**COMMONWEALTH of Pennsylvania,**
**Petitioner**

v.

**James Anthony ELIA, Respondent**

**No. 420 MAL 2016**

Supreme Court of Pennsylvania.

December 13, 2016

### ORDER

PER CURIAM

**AND NOW,** this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**BETHEL PARK SCHOOL DISTRICT,**
**Respondent**

v.

**Charles REYNOLDS, Petitioner**

**No. 268 WAL 2016**

Supreme Court of Pennsylvania.

12/13/2016

### ORDER

PER CURIAM

**AND NOW,** this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**HOTEL FURNITURE LIQUIDATORS**
**OF PHILADELPHIA, INC.,**
**Respondent**

v.

**CASTOR AVENUE PROPERTIES,**
**LLC, Petitioner**

v.

**Castor Avenue Properties,**
**LLC, Petitioner**

**No. 222 EAL 2016**
**No. 223 EAL 2016**

Supreme Court of Pennsylvania.

12/21/2016

### ORDER

PER CURIAM

**AND NOW,** this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**